UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):___STARBRITE PROPERTIES CORP._ CASE NO.:_____1-11-40758_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR1073-1 and E.D.N.Y. LBR1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ti) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. .101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. 541(a).]

X        NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.
         THE FOLLOWING RELATED CASE(S) IS PENDING .OR HAS BEEN PENDING:


1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N):___      [If dosed] Date of closing:_____
CURRENT STATUS OF RELATED CASE: _____
_____
              (Discharged/awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED (Refer to NOTE
above):_____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH
WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:
_____
_____
 2. CASE NO.:_____
JUDGE:_____ DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N):___      [If dosed] Date of closing:_____
CURRENT STATUS OF RELATED CASE: _____
_____
              (Discharged/awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED (Refer to NOTE
above):_____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH
WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:
_____
_____


(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):___      [If dosed] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____

_____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

_____
_____

NOTE: Pursuant to 1 1 U.S.C.  109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

## TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):
I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


_____S/Peter J. Mollo_____          _S/_____ _____
Signature of Debtor's Attorney          Signature of Pro Se Debtor/Petitioner


                                         _____ _____
                                         Mailing Address of Debtor/Petitioner


                                         _____
                                         City, State, Zip Code


                                         _____
                                         Area Code and Telephone Number


Failure to fully and trustfully provide all information required by the S.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING: Dismissal of your petition may otherwise result.