UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:                                                                Case No.: 1-11-40758
                                                                                                 Chapter 11

STARBRITE PROPERTIES CORP.

                                                    Debtor.

------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

STARBRITE PROPERTIES CORP., the Debtor herein states the following:

1. Debtor is a not small business debtor within the meaning of Bankruptcy Code § 101(51D).

2. Debtor owns and manages a single commercial real property. The property has multiple commercial units which are occupied by various commercial tenants that pay a total monthly rent of $49,000.00.

3. Over the course of a few months Debtor incurred unexpected and temporary expenses. Debtor relied on a verbal arrangement with an agent for the company controlling a line of credit on the property and was advised that monthly payments on said line of credit would be suspended. As such, Debtor reallocated funds to the temporary expenses. However, the monthly payments due on the line of credit were not suspended and Debtor was behind on payments and in default of the credit agreement.

4. William Cordero residing at 3716 Laurel Avenue, Brooklyn, NY 11224 is the sole agent of the Debtor. He manages the daily operations of the Debtor.

5. There are no holders of any unsecured claims.

6. AIA Capital, LLC doing business at 125-10 Queens Blvd., Suite 222, Kew Gardens, NY 11415 holds a secured claim in the amount of $1,863,166.10 on property of Debtor located at 626 Flatbush Avenue, Brooklyn, NY 11215 which is worth approximately $3,000,000.00. The lien is presently in dispute in the Supreme Court of the State of New York, County of Kings under Index No.: 19301/2010.

7. AIA Capital, LLC doing business at 125-10 Queens Blvd., Suite 222, Kew Gardens, NY 11415 holds a second secured claim in the amount of $1,377,450.00 on property of Debtor located at 626 Flatbush Avenue, Brooklyn, NY 11215 which is worth approximately $3,000,000.00. The lien is presently in dispute in the Supreme Court of the State of New York, County of Kings under Index No.: 19301/2010.

8. The property located at 626 Flatbush Avenue, Brooklyn, NY 11215 is the sole real asset of the Debtor. Debtor also has a Chase Bank checking account, account number 91043560765 with approximately 25,000.00. Debtor does not have any assets outside the territorial limits of the United States.

9. Debtor has a mortgage with AIA Capital, LLC, loan number 6618102, in the amount of $1,863,166.10, and two (2) lines of credit with AIA Capital, LLC under a single loan number 83300210 in the total amount of $1,377,450.00.

10. The Debtor does not have any shares of stock, debentures, or other securities that are publicly held.

11. Te Debtor does not have any property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

12. The Debtor owns, operates and maintains its books and records at the property located at 626 Flatbush Avenue, Brooklyn, NY 11215.  (x) a list of the premises owned, leased, or held under any other arrangement from which the debtor operates its business;

13. There is a foreclosure proceeding pending captioned AIA Capital, LLC v. Starbrite Properties Corp, et al. in the Supreme Court of the State of New York, County of Kings under Index No. 19301/2010 in which a judgment against Debtor and seizure of the Debtor's aforementioned assets are imminent.

14. There is an additional civil action pending captioned AIA Capital, LLC v. Starbrite Properties Corp, et ano. in the Supreme Court of the State of New York, County of Kings under Index No. 21283/2010 in which a judgment against Debtor and seizure of the Debtor's aforementioned assets are imminent.

15. Debtor does not have any employees and there should not be any payments for services to officers of the company during the 30-day period following the filing date of the petition.

16. Debtor expects to collect the monthly rents from the tenants of the property located at 626 Flatbush Avenue, Brooklyn, NY 11215 in the total amount of $49,000.00 during the 30-day period following the filing of the chapter 11 petition.

Dated:        February 8, 2011                    ____s/William Cordero_____
                                                  STARBRITE PROPERTIES CORP.
                                                  BY: William Cordero, President

Sworn before me this ___ day
of February 2011


__s/Peter J. Mollo_____
Notary Public